**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01488-CMA-KMT

LUIS ARREOLA,

    Plaintiff,

v.

PNC MORTGAGE,

    Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

This matter is before the Court *sua sponte*. On September 10, 2010, the Court issued an Order To Show Cause (Doc. # 21), in writing, on or before September 24, 2010, as to why this case "should not be dismissed without prejudice for failure to comply with [its] August 20 Order and with the Court's rules." It was further ordered that Plaintiff should file a Notice of Change of Address with the Clerk of the Court, on or before September 24, 2010. To date, nothing has been filed by Plaintiff and all mail to Plaintiff has been "returned as undeliverable." Therefore

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

DATED: September __30__, 2010

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge